IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER LEE KAUFMAN,

    Petitioner,                              JUDGMENT IN A CIVIL CASE

v.                                             Case No. 15-cv-611-bbc

PAUL S. KEMPER,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition of Roger Lee Kaufman for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice because success on his claim would not entitle him to immediate or speedier release.

| /s/ | 10/29/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |